

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2022

No. 04-21-00487-CV

**BOZ INVESTMENT I, LLC,**
Appellant

v.

**CAVENDER & HILL PROPERTIES, INC.,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02935
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

The en banc court has considered Appellee's motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.5.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court